MARVIN VAN DUYNE, PETITIONER-APPELLANT, v. CALD-
WELL MOTORS, RESPONDENT-RESPONDENT.

Superior Court of New Jersey
Appellate Division

Argued December 18, 1961—Decided December 20, 1961.

Before Judges GOLDMANN, FOLEY and MOLINEUX.

*Mr. Patrick J. Timmons* argued the cause for appellant.

*Mr. Lewis P. Dolan, Jr.,* argued the cause for respondent
(*Messrs. Dolan and Dolan,* attorneys; *Mr. William Martin
Cox,* on the brief).

PER CURIAM. The judgment of the County Court affirm-
ing the judgment entered in the Workmen's Compensation

Division in favor of respondent because the Division did not have jurisdiction of the claim petition, is affirmed for the reasons stated by County Judge Mills. As he observed, the filing of a claim petition within the time prescribed by *R. S.* 34:15–51 is a jurisdictional requirement. *Schwarz v. Federal Shipbuilding & Dry Dock Co.,* 29 *N. J. Super.* 374, 376 (*App. Div.* 1954); *Scaglione v. St. Paul Mercury Indemnity Co.,* 46 *N. J. Super.* 363, 368 (*App. Div.* 1957).